# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES L. JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. 12-3055-JAR |
| v. | ) |
| | ) |
| JAMES HEIMGARTNER, ET AL., | ) |
| | ) |
| Respondents. | ) |

## ORDER ISSUING SUBPOENA FOR TRIAL EXHIBITS

Petitioner Charles Jones has filed an Unopposed Motion for Issuance of Subpoena for Trial Exhibits (Doc. 100), seeking the issuance of a subpoena for the taped and documentary exhibits from his trial. The Court finds that "good cause" supports issuing the subpoena. Habeas Corpus Rule 6(a); *Bracy v. Gramley*, 520 U.S. 899, 904 (1997). Accordingly, the Court grants Petitioner's Motion.

**IT IS THEREFORE ORDERED** that Petitioner Jones may issue a subpoena to the Wyandotte County District Attorney's Office for the taped and documentary exhibits from the trial in *State v. Jones*, Case Nos. 98JV1576 and 98CR1731A. The subpoena shall comply with the requirements of Federal Rule of Civil Procedure 45.

Date:  June 21, 2018                     s/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         CHIEF UNITED STATES DISTRICT JUDGE


Prepared by:

/s/ Cheryl A. Pilate
Cheryl A. Pilate, KS #14601