In The

# United States District Court

## District of Kansas

**CHARLES L. JONES,**
        **Petitioner,**

v.

**REX PRYOR, et al.,**
        **Respondents..**

Case Number 12-3055-JAR

# Respondents' Motion to Prohibit Argument from Petitioner's Status Reports

    **Appears Now** Respondent, by and through counsel, Kristafer R. Ailslieger, Deputy Solicitor General for the State of Kansas, and in response to Petitioner's "Eighth Status Report," (Doc. 162), respectfully requests the Court to admonish Petitioner's counsel to limit Petitioner's status reports to simply reporting the status of his state litigation without including any argument or assertions of fact not grounded on record evidence or evidence admitted before this Court.

    Respondent contends that in Petitioner's latest status report, paragraphs 3, 4, 5, and 8, go beyond merely reporting the status of Petitioner's state litigation and instead include argument in support of Petitioner's habeas petition in this court

1

based on alleged facts and purported evidence that has not been established in this case. Respondent is not involved in Petitioner's state litigation and has no knowledge of the substance of that litigation and cannot respond to allegations and arguments presented by Petitioner based on that ongoing litigation. Respondent believes that it is inappropriate to include such argument in a status report and respectfully asks the Court to direct Petitioner to confine his status reports to merely reporting the status of litigation.

Respectfully submitted,

OFFICE OF KANSAS ATTORNEY GENERAL
DEREK SCHMIDT

/s/ *Kristafer R. Ailslieger*
Kristafer R. Ailslieger (KS# 19626)
Deputy Solicitor General
120 SW 10th Avenue
Topeka, KS 66612-1597
Phone: 785/296-2215
Fax: 785/291-3875
Kris.Ailslieger@ag.ks.gov
*Attorney for Respondent*

## Certificate of Service

I hereby certify that on this 9th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will electronically serve opposing counsel:

**Cheryl Pilate**
**Morgan Pilate LLC**
**926 Cherry Street**
**Kansas City, Missouri  64106**
**cpilate@morganpilate.com**

/s/ *Kristafer R. Ailslieger*
Kristafer R. Ailslieger
Deputy Solicitor General